IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:06CR417 |
| vs. ) | |
| ) | ORDER |
| CARLOS VELASCO, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the defendant's motion to continue the trial currently set for March 6, 2007. Defendant requests a 90-day continuance to review discovery. Considering the circumstances described in the motion, the court's calendar can accommodate a continuance to April 3, 2007.

**IT IS ORDERED** that the Motion [24] is granted, in part, as follows:

1. The above-entitled case is scheduled for a jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin **Tuesday, April 3, 2007 at 9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant(s) must be present in person. Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's staff.

2. Counsel for the United States shall confer with defense counsel and, no later than **March 27, 2007**, advise the court of the anticipated length of trial.

3. In accordance with 18 U.S.C. § 3161(h)(A), I find that the ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between **March 6, 2007 and April 3, 2007**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act, 18 U.S.C. § 3161 because counsel require more time to effectively prepare the case, taking into account the exercise of due diligence. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED February 23, 2007.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge